UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Capital One Bank (USA) NA,                               Civil 13-2418 PJS/FLN

      Plaintiff,
v.                                                                          O R D E R

Donald Mashak,

      Defendant.

---

Before the Court is a "Second Request for Accommodation Under ADA, et al" [docket entry #5]. In this document Defendant requests what he describes as accommodations under the American with Disabilities Act, claiming that, "Defendants need for such accommodations are well established and have recognized by the courts." There is nothing in the record that would establish that Defendant suffers from a disability that would warrant the accommodation Defendant seeks. His request therefore is DENIED, without prejudice.

Defendant also seeks an extension of time to comply with this Court's prior order entered September 27, 2013. Defendant's request for an extension of time to comply with this Court's September 27, 2013 order is GRANTED. Defendant has until November 1, 2013 to file an entirely new Amended Notice of Removal that fully complies with the requirements of 28 U.S.C. § 1446(a) and the Court's order entered September 27, 2013 [docket entry #4].

DATED: October 11, 2013                                _s/Franklin L. Noel_
                                                                                         FRANKLIN L. NOEL
                                                                                         United States District Court